IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:08-cr-32-SPM/AK

ALBERTO TRAVIESA,
JOSE REYES,
YULIO RODRIGUEZ,
JULIO RODRIGUEZ,
and LEONEL ROMAN,

     Defendants.

_____

### ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS

THIS CAUSE comes before the Court upon the Government's Motion to Dismiss (doc. 286). This motion requests the dismissal of this case because the insufficient evidence makes it unlikely that the Government could succeed in a prosecution of this case. Accordingly, it is hereby ORDERED AND ADJUDGED that the Government's motion (doc. 286) is *granted*. This case is hereby *dismissed*.

ORDERED AND ADJUDGED this twenty-first day of July, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge